# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Kronstadt, John A. | 2. Court or Organization  U.S. District Court for the Central District of California | 3. Date of Report  05/01/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

255 East Temple Street
Room 760
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #2 |
| 2. | Director and Member of Executive Committee | Constitutional Rights Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Los Angeles County Superior Court Salary and Benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizons Mid Cap Equity Fund | E | Int./Div. | M | T | | | | | |
| 2. Horizons Large Cap Equity Fund | A | Int./Div. | J | T | | | | | |
| 3. Horizons Stable Income | A | Int./Div. | K | T | | | | | |
| 4. Los Angeles County Stable Balanced Fund | D | Int./Div. | M | T | | | | | |
| 5. Los Angeles County Stable Value Fund | B | Int./Div. | M | T | | | | | |
| 6. Allianz NFJ Mutual Fund | A | Int./Div. | K | T | | | | | |
| 7. Black Rock Large Cap Value Mutual Fund | A | Int./Div. | M | T | | | | | |
| 8. Henderson International Mutual Fund | A | Int./Div. | L | T | | | | | |
| 9. ML Winton Futures Access Mutual Fund | B | Int./Div. | | | Sold | 09/24/15 | M | D | |
| 10. CGM Focus Fund CGMFX | A | Int./Div. | J | T | | | | | |
| 11. CGM Focus Fund CGMFX | A | Int./Div. | J | T | | | | | |
| 12. CGM Realty CGMRX | A | Int./Div. | K | T | | | | | |
| 13. Los Angeles County Horizons Non-US Equity | B | Int./Div. | K | T | | | | | |
| 14. Los Angeles County Horizons Small Cap Equity | D | Int./Div. | K | T | | | | | |
| 15. Los Angeles County Horizons Midcap Equity | D | Int./Div. | L | T | | | | | |
| 16. Los Angeles County Horizons Non US Equity | B | Int./Div. | K | T | | | | | |
| 17. Los Angeles County Horizons Small Cap Equity | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Los Angeles County Savings Large Cap Equity | E | Int./Div. | N | T | | | | | |
| 19. Los Angeles County Savings Balanced Fund | D | Int./Div. | M | T | | | | | |
| 20. Los Angeles County Horizons Stable Income Fund | A | Int./Div. | K | T | | | | | |
| 21. Cal. Judges Retirement System Pension Plan | | None | O | T | | | | | |
| 22. University of California Savings Fund | A | Int./Div. | J | T | | | | | |
| 23. University of Calfornia Equity Fund | A | Int./Div. | K | T | | | | | |
| 24. TIAA CREF Stock | A | Int./Div. | J | T | | | | | |
| 25. TIAA CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 26. TIAA CREF Growth | A | Int./Div. | J | T | | | | | |
| 27. TIAA CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 28. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 29. State of California SMBIA Bonds | A | Int./Div. | K | T | | | | | |
| 30. State of Calfironia Public Works Board Bond | A | Int./Div. | K | T | | | | | |
| 31. Merrill Lynch Money Market | A | Int./Div. | J | T | | | | | |
| 32. Franklin California High Yield Municipal Fund | D | Int./Div. | N | T | | | | | |
| 33. Oppenheimer International Bond Fund OIBCX | A | Int./Div. | K | T | | | | | |
| 34. Vanguard Windsor II VWNFX Fund Investor Share | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PWRSH - PowerShares QQQ Trust | B | Int./Div. | M | T | | | | | |
| 36. ABT - Abbott Lab | A | Int./Div. | J | T | | | | | |
| 37. AXP - American Express | A | Int./Div. | K | T | | | | | |
| 38. AMGN - Amgen | B | Int./Div. | K | T | | | | | |
| 39. T - AT&T | A | Int./Div. | J | T | | | | | |
| 40. BAC - Bank of America | A | Int./Div. | | | Sold | 02/11/15 | J | A | |
| 41. CVX - Chevron | A | Int./Div. | J | T | | | | | |
| 42. XOM - Exxon Mobil | A | Int./Div. | J | T | | | | | |
| 43. MHS - Medco Health (X) | | | | | Merged (with line 44) | 2012 | | | |
| 44. ESRX - Express Scripts | A | Int./Div. | J | T | | | | | |
| 45. MSFT - Microsoft | B | Int./Div. | K | T | | | | | |
| 46. MON - Monsanto | A | Int./Div. | J | T | | | | | |
| 47. PG - Proctor Gamble | B | Int./Div. | K | T | | | | | |
| 48. SJM - JM Smucker | A | Int./Div. | J | T | | | | | |
| 49. UPS | A | Int./Div. | J | T | | | | | |
| 50. WMT - Wal Mart | B | Int./Div. | K | T | | | | | |
| 51. Vanguard 529 College Savings Plan Moderate Age-Based Option (X) | | | | | Distributed | 08/06/13 | K | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard 529 College Savings Plan Agressive Age-Based Option | A | Int./Div. | K | T | | | | | |
| 53. HD - Home Depot | A | Int./Div. | J | T | | | | | |
| 54. IBM (X) | | | | | Sold | 2008 | | | |
| 55. MON - Monsanto (X) | | | | | | | | | |
| 56. TXN - Texas Instruments | A | Int./Div. | J | T | | | | | |
| 57. QCOM - Qualcomm | B | Int./Div. | J | T | | | | | |
| 58. Vanguard Health Care VGHCX | A | Int./Div. | K | T | | | | | |
| 59. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | | | | | |
| 60. Vanguard Money Market VMMXX | A | Int./Div. | J | T | | | | | |
| 61. Alameda County California Pension Obligation Bonds (II) (X) | | | | | Sold | 2012 | | | |
| 62. Union Bank Investment Services Sweep Account | A | Int./Div. | M | T | | | | | |
| 63. American Funds Money Market Fund 529-B | A | Int./Div. | J | T | | | | | |
| 64. American Funds Balanced Fund 529-E | A | Int./Div. | J | T | | | | | |
| 65. Alameda Cal.Uni.Sch.Dist Bonds | D | Int./Div. | | | Sold | 08/03/15 | K | D | |
| 66. San Francisco City and County Redevelopment Bonds | B | Int./Div. | K | T | | | | | |
| 67. Bruce Fund Mutual Fund | A | Int./Div. | K | T | | | | | |
| 68. Northwest Mutual Life Insurance | C | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lincoln Financial Group American Legacy II Variable Annuity | | None | M | T | | | | | |
| 70. Putnam Hartford Capital Manager Variable Annuity | | None | L | T | | | | | |
| 71. Round Hill Partnership (Real Property) | D | Distribution | L | W | | | | | |
| 72. Union Bank of California Cash Account | A | Int./Div. | L | T | | | | | |
| 73. Oppenheimer Advantage Bank Deposit Sweep Account (X) | | | | | | | | | |
| 74. Wellsley Income Fund VWINX | B | Int./Div. | K | T | | | | | |
| 75. Vanguard 500 Index Fund VFIAX | C | Int./Div. | M | T | | | | | |
| 76. - Round Hill Partnership (Real Estate) Appraisal 12/30/2009 | D | Distribution | M | Q | | | | | |
| 77. - Country Club Offices Part. (Reat Est.) Appraisal 12/30/09 | A | Distribution | J | Q | | | | | |
| 78. - Penn Center Limited Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | M | Q | | | | | |
| 79. - Potomac Place Assoc. Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | L | Q | | | | | |
| 80. MetLife Insurance | | None | J | T | | | | | |
| 81. Met Life Variable Annuity * Balance Plus Portfolio | | None | N | T | | | | | |
| 82. GNMA Pool | A | Int./Div. | J | T | | | | | |
| 83. One America Asset Care Long Term Care | D | Distribution | M | T | Distributed (part) | 08/29/15 | J | A | |
| 84. (X) | | | | | Distributed (part) | 08/29/14 | J | A | |
| 85. Trust #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Davenport & Co. Prime Cash Trust | A | Int./Div. | J | T | | | | | |
| 87. ASPCX - Alger Spectra | D | Dividend | M | T | | | | | |
| 88. FEGOX - First Eagle Gold Fund | | None | J | T | | | | | |
| 89. PAUCX - Pimco All Asset | C | Dividend | L | T | | | | | |
| 90. TEGBX - Templeton Global Bond | C | Dividend | L | T | | | | | |
| 91. OGMCX - Oppenheimer Gold Minerals | | None | J | T | | | | | |
| 92. ODVCX - Oppenheimer Developing Markets | | None | K | T | | | | | |
| 93. AFJCX - Allianz GI NFL | A | Dividend | K | T | | | | | |
| 94. MCLVX - Black Rock Large Cap | A | Dividend | M | T | | | | | |
| 95. HFOCX - Henderson Int'l Opportunity | A | Dividend | M | T | | | | | |
| 96. FCAHX - Franklin CA High Yield | C | Dividend | N | T | | | | | |
| 97. OIBCX - Oppenheimer Int'l Bond Fund (X) | | | | | | | | | |
| 98. RDSA - Royal Dutch Shell | A | Int./Div. | J | T | | | | | |
| 99. GE Capital CD | A | Int./Div. | | | Redeemed | 10/05/15 | K | A | |
| 100. Pacific Life Annuity * American Funds Asset Allocation | | None | O | T | | | | | |
| 101. FKINX Franklin Income Fund (X) | A | Int./Div. | K | T | Buy | 08/05/14 | K | | |
| 102. Intel (X) | A | Int./Div. | K | T | Buy | 2005 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Abbvie (X) | A | Int./Div. | J | T | Spinoff<br>(from line 36) | 2013 | J | | |
| 104. Alcatel Lucent (X) | A | Int./Div. | J | T | Spinoff<br>(from line 39) | 2014 | J | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 05/01/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 43: Not reported in 2012 report when it was terminated and became ESRX - Express Scripts (Line 44).

Line 51: Full distribution in 2013, failed to report in prior FDRs.

Line 54: Sold in 2008 before becoming a Art. III Judge.

Line 55: Duplicate entry of Line 46.

Line 61: Full sell in 2012; reported on 2012 FDR, entry never deleted.

Line 73: Duplicate entry of Line 28.

Line 81: This Fund is not self-directed.

Line 84: Partial Distribution not reported on 2014 FDR.

Line 97: Duplicate entry of Line 33.

Line 100: This Fund is not self-directed.

Line 101: Failure to report BUY in 2014 FDR.

Line 102: Failure to list holding acquired in 2005, in prior FDRs.

Line 103: Failure to list holding acquired in 2013, in prior FDRs.

Line 104: Failure to report spin off in 2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John A. Kronstadt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544